FORM 5(10/06)

## FORM 5. INVOLUNTARY PETITION

**United States Bankruptcy Court**
**Southern District of Texas**

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| BNP Petroleum Corporation | |

LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO.
(If more than one, state all.)

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 500 N. Water Street, Suite 300<br>Corpus Christi, TX 78471 | |

COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS
Nueces

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
Kleburg and Kenedy Counties

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☒ Chapter 7   ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box)
Petitioners believe:
☐ Debts are primarily consumer debts
☒ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
☐ Individual (Includes Joint Debtor)
☒ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**VENUE**
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)
☒ Full Filing Fee attached
☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |

| Relationship | District | Judge |
|---|---|---|
| | | |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☐ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☐ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

OFFICIAL FORM 5 - Involuntary Petition - Page 2

Name of Debtor __BNP Petroleum Corporation__

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _/s/ Christopher J. Ryan_
Signature of Petitioner or Representative (State title)

Baker Hughes Oilfield Operations, Inc.        April 2, 2009
Name of Petitioner                             Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Christopher J. Ryan, Authorized Agent
P. O. Box 4740
Houston, TX 77210

X _/s/_                                        April 2, 2009
Signature of Attorney                          Date

Phil F. Snow
Name of Attorney Firm (If any)

Snow Fogel Spence LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019
Address
Telephone No.   713-335-4802

X _____
Signature of Petitioner or Representative (State title)

Schlumberger Technology Corporation           April 2, 2009
Name of Petitioner                             Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
James M. Sczudlo, Credit Manager
1325 South Dairy Ashford
Houston, TX 77077

X _____              April 2, 2009
Signature of Attorney                          Date

Phil F. Snow
Name of Attorney Firm (If any)

Snow Fogel Spence LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019
Address
Telephone No.   713-335-4802

X _____
Signature of Petitioner or Representative (State title)

La Copa Field Services, Inc.                  April 2, 2009
Name of Petitioner                             Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
500 W. Fulton
Sinton, TX 78387

X _____              April 2, 2009
Signature of Attorney                          Date

Molly P. Thomas
Name of Attorney Firm (If any)

408 W. Market St.
P. O. Box 37
Sinton, TX 78387
Address
Telephone No.   361-364-0920

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Baker Hughes Oilfield Operations, Inc.<br>P. O. Box 4740<br>Houston, TX 77210 | Supplied materials and equipment and/or performed labor | 563,892.79 |
| Schlumberger Technology Corporation<br>1325 South Dairy Ashford<br>Houston, TX 77077 | Supplied materials and equipment and/or performed labor and services | 172,100.37 |
| La Copa Field Services, Inc.<br>500 W. Fulton<br>Sinton, TX 78387 | Judgment for supply of materials and equipment and/or performance of labor and services | 258,096.40 |

| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims<br>994,089.56 |
|---|---|

___0___ continuation sheets attached

OFFICIAL FORM 5 - Involuntary Petition - Page 2

Name of Debtor __BNP Petroleum Corporation__

Case No._____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X_____ <br> Signature of Petitioner or Representative (State title) <br><br> __Baker Hughes Oilfield Operations, Inc.__   April 2, 2009 <br> Name of Petitioner                              Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity: <br> Christopher J. Ryan, Authorized Agent <br> P. O. Box 4740 <br> Houston, TX 77210 | X_____   April 2, 2009 <br> Signature of Attorney                         Date <br><br> Phil F. Snow <br> Name of Attorney Firm (If any) <br><br> Snow Fogel Spence LLP <br> 2929 Allen Parkway, Suite 4100 <br> Houston, TX 77019 <br> Address <br> Telephone No.   713-335-4802 |
| X /s/ James M. Sczudlo <br> Signature of Petitioner or Representative (State title) <br><br> __Schlumberger Technology Corporation__   April 2, 2009 <br> Name of Petitioner                              Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity: <br> James M. Sczudlo, Credit Manager <br> 1325 South Dairy Ashford <br> Houston, TX 77077 | X /s/ Phil F. Snow   April 2, 2009 <br> Signature of Attorney                         Date <br><br> Phil F. Snow <br> Name of Attorney Firm (If any) <br><br> Snow Fogel Spence LLP <br> 2929 Allen Parkway, Suite 4100 <br> Houston, TX 77019 <br> Address <br> Telephone No.   713-335-4802 |
| X_____ <br> Signature of Petitioner or Representative (State title) <br><br> __La Copa Field Services, Inc.__   April 2, 2009 <br> Name of Petitioner                              Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity: <br> 500 W. Fulton <br> Sinton, TX 78387 | X_____   April 2, 2009 <br> Signature of Attorney                         Date <br><br> Molly P. Thomas <br> Name of Attorney Firm (If any) <br><br> 408 W. Market St. <br> P. O. Box 37 <br> Sinton, TX 78387 <br> Address <br> Telephone No.   361-364-0920 |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Baker Hughes Oilfield Operations, Inc. <br> P. O. Box 4740 <br> Houston, TX 77210 | Supplied materials and equipment and/or performed labor | 563,892.79 |
| Schlumberger Technology Corporation <br> 1325 South Dairy Ashford <br> Houston, TX 77077 | Supplied materials and equipment and/or performed labor and services | 172,100.37 |
| La Copa Field Services, Inc. <br> 500 W. Fulton <br> Sinton, TX 78387 | Judgment for supply of materials and equipment and/or performance of labor and services | 258,096.40 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims <br> 994,089.56 |

__0__ continuation sheets attached

OFFICIAL FORM 5 - Involuntary Petition - Page 2

Name of Debtor__BNP Petroleum Corporation__
Case No._____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____
Signature of Petitioner or Representative (State title)

Baker Hughes Oilfield Operations, Inc.         April 2, 2009
Name of Petitioner                              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Christopher J. Ryan, Authorized Agent
P. O. Box 4740
Houston, TX 77210

X_____   April 2, 2009
Signature of Attorney               Date

Phil F. Snow
Name of Attorney Firm (If any)

Snow Fogel Spence LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019
Address

Telephone No. 713-335-4802

X_____
Signature of Petitioner or Representative (State title)

Schlumberger Technology Corporation         April 2, 2009
Name of Petitioner                          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
James M. Sczudlo, Credit Manager
1325 South Dairy Ashford
Houston, TX 77077

X_____   April 2, 2009
Signature of Attorney               Date

Phil F. Snow
Name of Attorney Firm (If any)

Snow Fogel Spence LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019
Address

Telephone No. 713-335-4802

X_____
Signature of Petitioner or Representative (State title) President

La Copa Field Services, Inc.         April 2, 2009
Name of Petitioner                   Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
500 W. Fulton
Sinton, TX 78387

X_____   April 2, 2009
Signature of Attorney               Date

Joel Thomas
Name of Attorney Firm (If any)

408 W. Market St.
P. O. Box 1141
Sinton, TX 78387
Address

Telephone No. 361-364-5525

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Baker Hughes Oilfield Operations, Inc., P. O. Box 4740, Houston, TX 77210 | Supplied materials and equipment and/or performed labor | 563,892.79 |
| Schlumberger Technology Corporation, 1325 South Dairy Ashford, Houston, TX 77077 | Supplied materials and equipment and/or performed labor and services | 172,100.37 |
| La Copa Field Services, Inc., 500 W. Fulton, Sinton, TX 78387 | Judgment for supply of materials and equipment and/or performance of labor and services | 258,096.40 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims  994,089.56 |

_0_ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy