FORM 5(10/06)  
**FORM 5. INVOLUNTARY PETITION**

Case No. 09-20206  
**AMENDED**

**United States Bankruptcy Court**  
**Southern District of Texas**

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| BNP Petroleum Corporation | |

LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO.  
(If more than one, state all.)

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 500 N. Water Street, Suite 300<br>Corpus Christi, TX 78471 | |

COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS  
Nueces

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED  
■ Chapter 7  ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

**Nature of Debts** (Check one box)  
Petitioners believe:  
☐ Debts are primarily consumer debts  
■ Debts are primarily business debts

**Type of Debtor** (Form of Organization)  
☐ Individual (Includes Joint Debtor)  
■ Corporation (Includes LLC and LLP)  
☐ Partnership  
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)  
☐ Health Care Business  
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)  
☐ Railroad  
☐ Stockbroker  
☐ Commodity Broker  
☐ Clearing Bank  
■ Other

**VENUE**  
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.  
☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)  
■ Full Filing Fee attached  (Previously Paid)  
☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.  
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

**ALLEGATIONS**  
(Check applicable boxes)

COURT USE ONLY

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

or

3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

OFFICIAL FORM 5 - Involuntary Petition - Page 2

Name of Debtor __BNP Petroleum Corporation__
Case No. __09-20206__

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _/s/ [signature]_
Signature of Petitioner or Representative (State title)

Baker Hughes Oilfield Operations, Inc.        April 30, 2009
Name of Petitioner                            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Christopher J. Ryan, Authorized Agent
P. O. Box 4740
Houston, TX 77210

X _[signature]_                               April 30, 2009
Signature of Attorney                         Date

Phil F. Snow
Name of Attorney Firm (If any)

Snow Fogel Spence LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019
Address
Telephone No. __713-335-4802__

X _____
Signature of Petitioner or Representative (State title)

Schlumberger Technology Corporation           April 30, 2009
Name of Petitioner                            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
James M. Sczudlo, Credit Manager
1325 South Dairy Ashford
Houston, TX 77077

X _____       April 30, 2009
Signature of Attorney                         Date

Phil F. Snow
Name of Attorney Firm (If any)

Snow Fogel Spence LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019
Address
Telephone No. __713-335-4802__

X _____
Signature of Petitioner or Representative (State title)

La Copa Field Services, Inc.                  April 30, 2009
Name of Petitioner                            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
500 W. Fulton
Sinton, TX 78387

X _____       April 30, 2009
Signature of Attorney                         Date

Joel Thomas
Name of Attorney Firm (If any)

408 W. Market St.
P. O. Box 37
Sinton, TX 78387
Address
Telephone No. __361-364-0920__

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Baker Hughes Oilfield Operations, Inc.<br>P. O. Box 4740<br>Houston, TX 77210 | Supplied materials and equipment and/or performed labor | 563,892.79 * |
| Schlumberger Technology Corporation<br>1325 South Dairy Ashford<br>Houston, TX 77077 | Supplied materials and equipment and/or performed labor and services | 172,100.37 * |
| La Copa Field Services, Inc.<br>500 W. Fulton<br>Sinton, TX 78387 | Judgment for supply of materials and equipment and/or performance of labor and services | 258,096.40 * |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>994,089.56 * |

*Exclusive of attorneys' fees & interest.   __0__ continuation sheets attached

OFFICIAL FORM 5 - Involuntary Petition - Page 2

Name of Debtor  BNP Petroleum Corporation
Case No. 09-20206

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State title)

Baker Hughes Oilfield Operations, Inc.     April 30, 2009
Name of Petitioner                          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Christopher J. Ryan, Authorized Agent
P. O. Box 4740
Houston, TX 77210

X _____(signed)_____     April 30, 2009
Signature of Attorney        Date

Phil F. Snow
Name of Attorney Firm (If any)

Snow Fogel Spence LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019
Address

Telephone No.    713-335-4802

X _James M. Sczudlo (signed)_
Signature of Petitioner or Representative (State title)

Schlumberger Technology Corporation     April 30, 2009
Name of Petitioner                       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
James M. Sczudlo, Credit Manager
1325 South Dairy Ashford
Houston, TX 77077

X _____(signed)_____     April 30, 2009
Signature of Attorney        Date

Phil F. Snow
Name of Attorney Firm (If any)

Snow Fogel Spence LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019
Address

Telephone No.    713-335-4802

X _____
Signature of Petitioner or Representative (State title)

La Copa Field Services, Inc.     April 30, 2009
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
500 W. Fulton
Sinton, TX 78387

X _____     April 30, 2009
Signature of Attorney                Date

Joel Thomas
Name of Attorney Firm (If any)

408 W. Market St.
P. O. Box 37
Sinton, TX 78387
Address

Telephone No.    361-364-0920

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Baker Hughes Oilfield Operations, Inc.<br>P. O. Box 4740<br>Houston, TX 77210 | Supplied materials and equipment and/or performed labor | 563,892.79 * |
| Schlumberger Technology Corporation<br>1325 South Dairy Ashford<br>Houston, TX 77077 | Supplied materials and equipment and/or performed labor and services | 172,100.37 * |
| La Copa Field Services, Inc.<br>500 W. Fulton<br>Sinton, TX 78387 | Judgment for supply of materials and equipment and/or performance of labor and services | 258,096.40 * |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>994,089.56 * |

*Exclusive of attorneys' fees & interest.   0  continuation sheets attached

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Name of Debtor: __BNP Petroleum Corporation__
Case No. __09-20206__

OFFICIAL FORM 5 - Involuntary Petition - Page 2

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____   X_____  April 30, 2009
Signature of Petitioner or Representative (State title)    Signature of Attorney                 Date

Baker Hughes Oilfield Operations, Inc.     April 30, 2009    Phil F. Snow
Name of Petitioner                         Date Signed       Name of Attorney Firm (If any)

Name & Mailing Address of Individual       Christopher J. Ryan, Authorized Agent    Snow Fogel Spence LLP
Signing in Representative Capacity         P. O. Box 4740                           2929 Allen Parkway, Suite 4100
                                           Houston, TX 77210                        Houston, TX 77019
                                                                                    Address
                                                                                    Telephone No.  713-335-4802

X_____   X_____  April 30, 2009
Signature of Petitioner or Representative (State title)    Signature of Attorney                 Date

Schlumberger Technology Corporation        April 30, 2009    Phil F. Snow
Name of Petitioner                         Date Signed       Name of Attorney Firm (If any)

Name & Mailing Address of Individual       James M. Sczudlo, Credit Manager         Snow Fogel Spence LLP
Signing in Representative Capacity         1325 South Dairy Ashford                 2929 Allen Parkway, Suite 4100
                                           Houston, TX 77077                        Houston, TX 77019
                                                                                    Address
                                                                                    Telephone No.  713-335-4802

X /s/_____      X /s/_____  April 30, 2009
Signature of Petitioner or Representative (State title)    Signature of Attorney                 Date

La Copa Field Services, Inc.               April 30, 2009    Joel Thomas
Name of Petitioner                         Date Signed       Name of Attorney Firm (If any)

Name & Mailing Address of Individual       500 W. Fulton                            408 W. Market St.
Signing in Representative Capacity         Sinton, TX 78387                         P. O. Box 37
                                                                                    Sinton, TX 78387
                                                                                    Address
                                                                                    Telephone No.  361-364-0920

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Baker Hughes Oilfield Operations, Inc. P. O. Box 4740 Houston, TX 77210 | Supplied materials and equipment and/or performed labor | 563,892.79 * |
| Schlumberger Technology Corporation 1325 South Dairy Ashford Houston, TX 77077 | Supplied materials and equipment and/or performed labor and services | 172,100.37 * |
| La Copa Field Services, Inc. 500 W. Fulton Sinton, TX 78387 | Judgment for supply of materials and equipment and/or performance of labor and services | 258,096.40 * |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims 994,089.56 * |

*Exclusive of attorneys' fees & interest.  __0__ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy