IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BNP PETROLEUM CORPORATION | § | Case No. 09-20206 |
| | § | |
| Debtor. | § | Chapter 11 |

### NOTICE OF WITHDRAWAL OF EXPEDITED MOTION
### FOR APPOINTMENT OF INTERIM TRUSTEE
**[Docket No. 36]**

PLEASE TAKE NOTICE that Raptor Capital International, LLC ("Raptor"), a creditor the above-captioned Chapter 11 proceeding, files this Notice of Withdrawal of the Expedited Motion for Appointment of Interim Trustee [Docket No. 36].

1. On April 3, 2009, an involuntary petition under Chapter 7 of Title 11 of the United States Code was filed against BNP Petroleum Corporation (the "Debtor") by Baker Hughes Oilfield Operations, Inc., Schlumberger Technology Corporation and La Copa Field Services, Inc. (the "Petitioning Creditors").

2. On August 5, 2009, the Debtor consented to the entry of an order for relief under Chapter 7. Thereafter, the Debtor filed a motion to convert its case to a case under Chapter 11 of the Bankruptcy Code. The order converting the Debtor's case to Chapter 11 was entered on August 7, 2009.

3. On May 8, 2009, the Petitioning Creditors filed their Expedited Motion for Appointment of Interim Trustee (the "Motion"). Subsequent to the filing of the Motion, the Petitioning Creditors sold and assigned their claims to Raptor. Pursuant to this Court's June 26, 2009 Order Granting Joint Motion for Substitution of Parties, Raptor has been substituted as the petitioning creditor in the Debtor's bankruptcy case.

4.      Raptor hereby withdraws the Motion without prejudice.

Respectfully submitted this 10th day of August 2009.

/s/ John F. Higgins
John F. Higgins
State Bar No. 09597500
Joshua N. Eppich
State Bar No. 24050567
PORTER & HEDGES, L.L.P.
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 226-6248 – Fax

**ATTORNEYS FOR RAPTOR CAPITAL INTERNATIONAL, LLC**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was served on the parties listed in the attached "Exhibit 1" by United States mail, postage prepaid on this the 10th day of August, 2009.

/s/John F. Higgins
John F. Higgins

**Exhibit "1"**

**Debtor**
BNP Petroleum Corporation
500 N. Water Street, Suite 300
Corpus Christi, TX 78471

**Debtor's Attorney**
Marcy E. Kurtz
Bracewell & Giuliani LLP
South Tower Pennzoil Place
711 Louisiana, Suite 2300
Houston, TX 77002

**U.S. Trustee**
United States Trustee
606 N. Carancahua Street, Suite 1107
Corpus Christi, TX 78476

**Committee of Unsecured Creditors**
None appointed at this time.

**Governmental Entities**
Susan Combs, Comptroller
LBJ State Office Bldg.
111 E. 17th Street
P.O. Box 13528
Austin, TX 78711

Securities Exchange Commission
Attn: Merri Jo Gillette, Regional Director
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604-2908

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
1919 Smith Street
Stop 5022 HOU
Houston, TX 77002

U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

U.S. Attorney's Office
Southern District
Donald J. Degabrielle, Jr.
Judy A. Robbins
P.O. Box 61129
Houston, TX 77208-1129

**Petitioning Creditors**
Baker Hughes Oilfield Operations, Inc.
c/o Christopher J. Ryan
P.O. Box 4740
Houston, TX 77210-4740

Schlumberger Technology Corporation
Attn: James M. Sczudlo
1325 S. Dairy Ashford
Houston, TX 77077

La Copa Field Services, Inc.
500 W. Fulton
Sinton, TX 78387

**Attorneys for Petitioning Creditors**
Phil F. Snow, Jr.
Snow Fogel Spence LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019
**Counsel for Baker Hughes Oilfield Operations, Inc. and Schlumberger Technology Corporation**

Joel Hughes Thomas
408 W. Market St.
Sinton, TX 78387
**Counsel for La Copa Field Services, Inc.**

**Creditors and Parties Requesting Notice**
Scott T. Citek
Lamm & Smith, P.C.
3730 Kirby Drive, suite 650
Houston, TX 77098
**Counsel for Roywell Services, Inc.**

Eric M. English
King & Spalding, LLP
1100 Louisiana, Suite 4000
Houston, TX 77002
**Counsel for Valerus Compression Services, LP**

W. Lee Keeling
Walker Keeling & Carroll LLP
P.O. Box 108
Victoria, TX 77902-0108
**Counsel for NBC Oilfield Equipment Inc.**

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
The Terrace II
2700 Via Fortuna Dr., Suite 400
P.O. Box 17428
Austin, TX 78760-7428
**Counsel for Kennedy County, Kleburg County & Nueces County**

Richard R. Stedman, II
Sessions, Fishman, Nathan & Israel, L.L.P.
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002-7227
**Counsel for H.B. Rentals, LC, Warrior Energy Services Corporation and Stabil Drill Specialties, L.L.C.**

Kevin M. Maraist
Anderson Lehrman Barre & Maraist, LLP
Gaslight Square
1001 Third Street, Suite 1
Corpus Christi, TX 78404
**Counsel for Exterran Energy Solutions, LP**

Gerald C. DeLaunay
Perrin, Landry, deLaunay, Dartez & Ouellet
225 La Rue France
Lafayette, LA 70508
**Counsel for Timco Services Inc.**

Joel H. Thomas
Molly P. Thomas
408 West Market Street
P.O. Box 37
Stinton, TX 78387
**Counsel for T Hunt Inc. d/b/a T&T Construction and J.M. Davidson, Inc.**

Henry J. Kaim
King & Spalding LLP
1100 Louisiana, Suite 4000
Houston, TX 77002
**Counsel for Seashore Investment Management Trust**

Jeffrey J. Cotner
John S. Black
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, TX 77002
**Counsel for Seashore Investment Management Trust**

Ronald A. Simank
Schauer & Simank, P.C.
615 North Upper Broadway, Suite 2000-MSC 159
Corpus Christi, TX 78477
**Counsel for Texas Energy Services LP and Forbes Energy Services LLC**

Steven P. Vangel
Sara M. Banks
Hill Rivkins & Hayden LLP
712 Main Street, Suite 1515
Houston, TX 77002
**Counsel for SCOMI Oiltools, Inc.**

John Ely
Ewing & Jones PLLC
6363 Woodway, Suite 1000
Houston, TX 77057
**Counsel for Mustang Gas Compression LLC**

Carl Dore, Jr.
Dore & Associates, Attorneys, P.C.
17171 Park Row, Suite 350
Houston, TX 77084
**Counsel for Smith International, Inc.**