IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 09-20206 |
| BNP PETROLEUM CORPORATION, § | |
| § | Chapter 11 |
| DEBTOR. § | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached *Second Amended Notice Of Hearing On Motion For Approval Of Expedited Motion Of The Debtor For An Order (A) Approving Bidding Procedures And Bid Protections In Connection With The Sale Of Certain Assets; (B) Scheduling An Auction And Hearing To Consider Approval Of The Sale; (C) Approving Notice Relating To The Sale; And (D) Granting Related Relief* [Docket No. 176], was served on the Service List attached to Docket No. 176 via electronic means as listed on the court's ECF noticing system or by regular U. S. First Class Mail on this 14th day of August, 2009.

Respectfully submitted,

**BRACEWELL & GIULIANI LLP**

By: _/s/ Marcy E. Kurtz_
Marcy E. Kurtz
marcy.kurtz@bgllp.com
Texas Bar No. 11768600
Federal ID No. 5381
Chris S. Tillmanns
Texas Bar No. 24060730
chris.tillmanns@bgllp.com
711 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 223-2300 Telephone
(713) 221-1212 Facsimile

**ATTORNEYS FOR BNP PETROLEUM CORPORATION**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 09-20206 |
| BNP PETROLEUM CORPORATION, | § | |
| | § | Chapter 11 |
| DEBTOR. | § | |

**SECOND AMENDED NOTICE OF HEARING ON MOTION FOR APPROVAL OF EXPEDITED MOTION OF THE DEBTOR FOR AN ORDER (A) APPROVING BIDDING PROCEDURES AND BID PROTECTIONS IN CONNECTION WITH THE SALE OF CERTAIN ASSETS; (B) SCHEDULING AN AUCTION AND HEARING TO CONSIDER APPROVAL OF THE SALE; (C) APPROVING NOTICE RELATING TO THE SALE; AND (D) GRANTING RELATED RELIEF**
(Relates to Docket No. 156)

Please take notice that a hearing on the **Motion for Approval of Expedited Motion of the Debtor for an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Certain Assets; (B) Scheduling and Auction and Hearing to Consider Approval of the Sale; (C) Approving Notice Relating to the Sale; and (D) Granting Related Relief** [Docket No. 156] has been set for hearing on **August 25, 2009 at 9:30 a.m.**, before the Honorable Richard Schmidt. The Order Setting Hearing [Docket No. 162] is attached hereto. The hearing will take place at the United States Bankruptcy Court for the Southern District of Texas, 1133 N. Shoreline Blvd., Corpus Christi, Texas 78401.

Please take further notice that any person desiring to appear via telephone at the hearing scheduled for **August 25, 2009 at 9:30 a.m. Central** Time should proceed as follows:

1. Contact Court Call at (866) 582-6878 the day before the hearing.

2. Court Call will provide you with written confirmation of a telephonic appearance and give you a number to call to make the telephonic appearance.

3. It is your responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing. CourtCall does not call you.

4. The Court discourages the use of cell phones or speakerphones. Please put your

telephone on mute when not speaking.

5. Each time you speak, you must identify yourself for the record.

6. Parties participating by telephone are individually responsible for their own expenses and will be billed directly by Court Call. Initial charge for this court conference appearance is $30.00 and will be supplemented based upon the length of the call as follows: 0-45 minutes - $30.00; 46-60 minutes - $37.00; 61 minutes and above - an additional $7.00 per each additional 15 minute increment.

Dated: August 14, 2009

Respectfully submitted,

**BRACEWELL & GIULIANI LLP**

By: */s/ Marcy E. Kurtz*
Marcy E. Kurtz
marcy.kurtz@bgllp.com
Texas Bar No. 11768600
Chris S. Tillmanns
Texas Bar No. 24060730
chris.tillmanns@bgllp.com
711 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 223-2300 Telephone
(713) 221-1212 Facsimile

**PROPOSED ATTORNEYS FOR
BNP PETROLEUM CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **Order Setting Hearing** on the **Motion for Approval of Expedited Motion of the Debtor for an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Certain Assets; (B) Scheduling and Auction and Hearing to Consider Approval of the Sale: (C) Approving Notice Relating to the Sale; and (D) Granting Related Relief** [Docket No. 156] has been served on the parties listed on the attached Service List via electronic means as listed on the court's ECF noticing system or by regular U. S. First Class Mail on this 13th day of August, 2009.

By: */s/ Marcy E. Kurtz*
    Marcy E. Kurtz

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



In Re: BNP Petroleum Corporation
Debtor

Case No.: 09-20206

Chapter: 7

ENTERED
08/13/2009

# ORDER SETTING HEARING

You are hereby notified that a hearing is set on

*156* – Motion for Approval Expedited Motion of the Debtor for an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Certain Assets; (B) Scheduling and Auction and Hearing to Consider Approval of the Sale: (C) Approving Notice Relating to the Sale; and (D) Granting Related Relief. Objections/Request for Hearing Due in 20 days. Filed by Debtor BNP Petroleum Corporation (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Proposed Order # (5) Service List) (Kurtz, Marcy)

before the Honorable Richard S. Schmidt on **8/25/09 at 09:30 AM**. The hearing will be held at **1133 North Shoreline Blvd #208, Corpus Christi, TX 78401**.

It is therefore ORDERED that all interested parties shall appear at the date and time set forth above.

It is further ORDERED that the clerk shall serve a copy of this Order on the Movant.

It is further ORDERED that pursuant to Bankruptcy Local Rule 2002, Movant shall serve a copy of this notice to all parties that are required to be served and, Movant shall file a certificate of service with the clerk.

Signed and Entered on Docket: 8/13/09

RICHARD S. SCHMIDT
United States Bankruptcy Judge

## BNP PETROLEUM CORPORATION
## SERVICE LIST

**Debtor**
BNP Petroleum Corporation
500 N. Water Street, Suite 300
Corpus Christi, TX 78471

**United States Trustee**

Office of the U.S. Trustee
606 N. Carancahua
Corpus Christi, TX 78476
Email: USTPRegion07.CC.ECF@USDOJ.GOV

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Texas Attorney General
300 W. 15th Street
Austin, TX 78701

Mineral Management Service
Gulf of Mexico Region
1201 Elmwood Park Blvd.
New Orleans, LA 70123-2394

**Top 20 Creditors**
**Served by Regular Mail**

Margrave Holding Ltd.
31 Avenue Princess Grace
Monaco, MC 9800

Law Office Of O.G. Alvarez & Associates, P.C.
One Riverwalk Place
700 N. St. Mary's Street, Suite 925
San Antonio, TX 78205
Email: ogalvarez@ogalvarezlaw.com
**Attorney for Walter Oblach**

Patterson-UTI Drilling Company
PO Box 260111
Dallas, TX 75326-0111

Raptor Capital International LLC
113 Barksdale Professional Center
Newark, DE 19711

Scomi Oiltools, Inc.
PO Box 973869
Dallas, TX 75397-3869

CC Forbes Company LP
PO Box 250
Alice, TX 78333

Precision Energy Services Inc
PO Box 200698
Dallas, TX 75320-0698

Roywell Services, Inc.
PO Box 1329
Bellaire, TX 77402-1329

Genesis Well Service
5100 Pool Road
Collyville, TX 76034

Texas Energy Services LPTI
PO Box 2108
Alice, TX 78333

Hazelett Drilling
915 Old McMahon Rd
Lockhart, TX 78644

Exterran Energy Solutions LP
PO Box 201160
Dallas, TX 75320-1160

ExxonMobil Corporation
PO Box 2024
Houston, TX 77252-2024

D & B Rental Service
1800 FM 237
Yorktown, TX 78164

Jones & Allen
PO Box 389
Ganado, TX 77962

Delano Specialty, Inc.

PO Box 270297
Corpus Christi, TX 78427-0297

Vantage Tubulars, Inc.
701 N. Post Oak Rd.
Suite 220
Houston, TX 77024

Timco Services
P O Box 53564
La Fayette, LA 70505

T Hunt Inc.
PO Box 806
Taft, TX 78390

INEXS
1980 Post Oak Blvd, Ste. 2050
Houston, TX 7705

Integrated Production Services Inc.
PO Box 746
Alice, TX 78333-0746

Black Warrior Wireline
5729 Leopard St., Bldg. 9
Corpus Christi, TX 78408

Oil Patch Petroleum, Inc.
1526 N. Padre Island Dr.
Corpus Christi, TX 78408

Strata Control Services Inc.
PO Box 272
Crowley, LA 70527-0272

**Parties Requesting Notice
Served by Regular Mail**

Errol John Dietze
Dietze & Reese
108 N. Esplanade
PO Box 841
Cuero, TX 77954
**Attorney for Pete Dlugosch
dba D&B Rental Service**

Norman D. Jones
106 N. Main, Suite 100
Victoria, TX 77901
**Attorney for Jones & Allen, Inc.**

McGuire Industries, Inc.
2416 West 42nd Street
Odessa, TX 79764-6309

Gordon Blaine Morgan
Canales-Morgan Law Offices
724 Buffalo Street
Corpus Christi, TX 78401
**Attorney for S&D Vacuum Services**

Shelby A. Jordan
Jordan, Hyden, Womble & Culbreth PC
Bank of America
500 N. Shoreline, Suite 900
Corpus Christi, TX 78471
**Attorney for BNP Oil & Gas Properties, Ltd.,
et al.**

James R. Harris
Harris & Greenwell
1700 Wells Fargo Towner
615 N. Upper Broadway Street
Suite 1700
Corpus Christi, TX 78477-0237
**Attorney for Paul Black**

Mikal C. Watts
Watts Law Firm, LLP
Tower II Building, 14th Floor
555 N. Carancahua Street
Corpus Christi, TX 78477

W.W. McNeal
PO Box 1259
Lockhart, TX 78644
**Attorney for Hazelett Drilling
and Supply Corporation**

P & W Services Inc.
8366 FM 631
Taft, TX 78390

John H. Miller
111 North Odem, Bldg. No. 4
Sinton, TX 78387
**Attorney for P&W Services, Inc.**

Best Chemical Corp. of Texas
PO Box 4284
Victoria, TX 77903

Theodore G. Seel
PO Box 3568
Victoria, TX 77903-3568
**Attorney for Best Chemical Corporation**
**Parties Requesting Notice**
**Served by ECF Noticing System**

Scott T. Citek
Lamm & Smith, P.C.
3730 Kirby Drive, Suite 650
Houston, Texas 77098
Email: scitek@lammsmith.com
**Attorney for Roywell Services Inc.**

Eric M. English
King & Spalding LLP
1100 Louisiana, Suite 4000
Houston, TX 77002
Email: eenglish@kslaw.com
**Attorney for Valerus Compression Services, LP**

W. Lee Keeling
Walker Keeling & Carroll LLP
PO Box 108
Victoria, TX 77902-0108
Email: lkeeling@wkcfirm.com
**Attorneys for NBC Oilfield Equipment Inc.**

John F. Higgins
Meredith McIntyre Marshall
Porter & Hedges LLP
1000 Main Street, 36th Floor
Houston, TX 77002
Email: jhiggins@porterhedges.com
mmarshall@porterhedges.com
**Attorneys for Raptor Capital International LLC**

Carl Doré, Jr.
Doré & Associates, Attorneys, P.C.
17171 Park Row, Suite 350
Houston, TX 77084
Email: carldore@doreassociates.com
**Attorney for Smith International Inc.**

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
The Terrace II
2700 Via Fortuna Dr. Ste. 400
PO BOX 17428
Austin, TX 78760-7428
Email: austin.bankruptcy@publicans.com
**Attorney for Kenedy County, Kleburg County & Nueces County**

Richard R. Stedman, II
Sessions, Fishman, Nathan & Israel, L.L.P.
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002-7227
Email: rstedman@sessions-law.biz
**Attorney for H.B. Rentals, LC; Warrior Energy Services Corporation; and Stabil Drill Specialties, LLC**

Kevin M. Maraist
Anderson Lehrman Barre & Maraist, LLP
Gaslight Square
1001 Third Street, Ste. 1
Corpus Christi, TX 78404
Email: kmaraist@albmlaw.com
**Attorney for Exterran Energy Solutions, LP**

Gerald C. deLaunay
Perrin, Landry, deLaunay, Dartez & Ouellet
225 La Rue France
Lafayette, LA 70508
Email: delaunay@plddo.com
**Attorney for Timco Services Inc.**

Joel H. Thomas
Molly P. Thomas
408 West Market Street
PO Box 37
Sinton, Texas 78387
Email: jhtlaw1@sbcglobal.net
**Attorney for T Hunt Inc. D/B/A T & T Construction and J. M. Davidson, Inc.**

Henry J. Kaim
King & Spalding LLP
1100 Louisiana, Suite 4000
Houston, TX 77002
Email: HKaim@kslaw.com
**Attorney for Seashore Investment Management Trust**

Jeffrey J. Cotner
John S. Black
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, TX 77002
Email: jcotner@gibbs-bruns.com
jblack@gibbs-bruns.com
**Attorney for Seashore Investment Management Trust**

Stephen J. Jabbour
Jabbour Law Offices
PO Box 1129
Victoria, TX 77902
Email: jabbour@suddenlinkmail.com
**Attorney for Billy's Lease Service, Inc., Dba Jones and Allen**

Ronald A. Simank
Schauer & Simank, P.C.
615 North Upper Broadway,
Suite 2000-MSC 159
Corpus Christi, TX 78477
Email: rsimank@cctxlaw.com
**Attorney for Texas Energy Services LP And Forbes Energy Service LLC, Genesis Well Service, TASCO Tool Services and Texas Energy Services, LP**

Steven P. Vangel
Sara M. Banks
Hill Rivkins & Hayden LLP
712 Main Street, Suite 1515
Houston, TX 77002
Email: sbanks@hillrivkins.com
**Attorneys for SCOMI Oiltools, Inc.**

John Ely
Ewing & Jones PLLC
6363 Woodway, Suite 1000
Houston, TX 77057
Email: jely@ewingjones.com
**Attorney for Mustang Gas Compression LLC**

Hugh M. Ray III
Edward L. Rothberg
Weycer Kaplan Pulaski & Zuber PC
11 Greenway Plaza, Suite 1400
Houston, TX 77046
Email: hray@wkpz.com
erothberg@wkpz.com
**Attorneys for Precision Energy Services Inc.**

Scott J. Duncan
Porter, Rogers, Dahlman & Gordon, P.C.
800 North Shoreline Blvd., Suite 800S
Corpus Christi, Texas 78401
Email: sduncan@prdg.com
**Attorney for Top Notch Energy Services, Inc.**

Douglas D. D'Arche
John W. Petrelli
Baker & Hostetler, LLP
1000 Louisiana, Suite 2000
Houston, TX 77002
Email: ddarche@bakerlaw.com
jpetrelli@bakerlaw.com
**Attorney for Patterson-UTI Drilling Company, LLC**

Alan S. Gerger
Christina L. Garcia
Dunn Neal & Gerger LLP
3050 Post Oak Blvd., Suite 400
Houston, TX 77056
Email: bkpfilings@dnglegal.com
**Attorney for Vantage Tubulars LP**

Thomas S. Henderson
Burleson Cooke LLP
711 Louisiana, Suite 1701
Houston, TX 77002
**Email:** thenderson@tsh-atty.com
**Attorney for Interactive Exploration Solutions, Inc.**