IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| BNP PETROLEUM CORP. | § | Case No. 09-20206 |
| | § | Chapter 11 |
| DEBTOR | § | |

## MASTER SERVICE LIST

BNP Petroleum Corporation
500 N Water Street Suite 300
Corpus Christi TX 78471
**Debtor**

Marcy E. Kurtz
Chris S. Tillmanns
Bracewell & Giuliani LLP
Email:  marcy.kurtz@bgllp.com,
chris.tillmanns@bgllp.com
**Debtor's Proposed Counsel**

Shelby A. Jordan
Jordan Hyden Womble & Culbreath PC
Email:  sjordan@jhwclaw.com

Mikal C. Watts
Watts Law Firm LLP
Tower II Building, 14th Floor
555 N. Carancahua Street
Corpus Christi, TX 78477

## GOVERNMENTAL AGENCIES

Office of the US Trustee
Email: USTPRegion07.CC.ECF@usdoj.gov

Internal Revenue Service
PO Box 21126
Philadelphia PA  19114-1294

## LIST OF LARGEST UNSECURED CREDITORS

Margrave Holding Ltd and Walter Oblach
c/o Law Office of O.G. Alvarez & Associates PC
Email:  ogalvarez@ogalvarezlaw.com

Patterson-UTI Drilling Company
c/o Douglas D. D'Arche
John W. Petrelli
Baker & Hostetler
Email:  ddarche@bakerlaw.com,
jpetrelli@bakerlaw.com

713471.1

Raptor Capital International LLC
c/o John F. Higgins
Meredith McIntyre Marshall
Porter & Hedges LLP
Email: mmarshall@porterhedges.com

CC Forbes Company LP
PO Box 250
Alice, TX 78333

Roywell Services Inc
c/o Scott T. Citek
Lamm & Smith PC
Email: scitek@lammsmith.com

Texas Energy Services LP
c/o Ronald A. Simank
Schauer & Simank
Email: rsimank@cctxlaw.com

Exterran Energy Services LP
c/o Kevin M. Maraist
Anderson Lehrman Barre & Maraist LLP
Email: kmaraist@albmlaw.com

D&B Rental Service
c/o Errol John Dietze
Dietze & Reese
108 N. Esplanade
PO Box 841
Cureto, TX 77954

Delano Specialty Inc
PO Drawer L
Freer, TX 78357

Timco Services
c/o Gerald C. DeLaunay
Pettin Landry deLaunay Dartez & Ouellet
Email: Delaunay@plddo.com

Scomi Oiltools
c/o Steven P. Vangel
Sara Marie Banks
Hill Rivkins & Hayden LLP
Email: sbanks@hillrivkins.com

Precision Energy Services Inc
c/o Edward L. Rothberg
Hugh M. Ray, III
Weycer Kaplan Pulaski & Zuber
Email: erothberg@wkpz.com,
hray@wkpz.com

Genesis Well Service
5100 Pool Road
Collyville, TX 76034

Hazelett Drilling
915 Old McMahon Rd
Lockhart, TX 78644

ExxonMobil Corporation
PO Box 2024
Houston TX 77252-2024

Billy's Lease Service Inc
Dba Jones & Allen
c/o Stephen J. Jabbour
Email: jabbour@suddenlinkmail.com

Vantage Tubulars Inc
c/o Alan Sanford Gerger
Christina L. Garcia
Dunn Neal & Gerger LLP
Email: bkpfilings@dnglegal.com

T Hunt Inc
PO Box 806
Taft, TX 78390

Integrated Production Services Inc
PO Box 746
Alice, TX 78390

INEXS
1980 Post Oak Blvd Ste 2050
Houston, TX 77056

Oil Patch Petroleum Inc
1526 N. Padre Island Dr
Corpus Christi, TX 78408

Black Warrior Wireline
c/o  Richard R. Stedman, II
Sessions Fishman Nathan & Israel LLP
Email:  rstedman@sessions-law.biz

## PARTIES REQUESTING NOTICE

Phil F. Snow, Jr.
Snow Fogel Spence LLP
Email:  philsnow@snowfogel.com
**Attorney for Petitioning Creditors Baker Hughes Oilfield Operations Inc and Schlumberger Technology Corporation**

Joel H. Thomas
Molly P. Thomas
Attorney at Law
Email:  jhtlaw1@sbcglobal.net
**Attorneys for Petitioning Creditor La Copa Field Services Inc., JM Davidson Inc and T Hunt Inc**

Eric M. English
King & Spalding LLP
Email:  EEnglish@kslaw.com
**Attorney for Valerus Compression Services LP**

W. Lee Keeling
Walker Keeling & Carroll LLP
Email:  lkeeling@wkcfirm.com
**Attorney for NBC Oilfield Equipment Inc**

Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
Email:  Austin.bankruptcy@publicans.com
**Attorney for Kleberg County, Kenedy County and Nueces County**

Richard R. Stedman, II
Sessions Fishman Nathan & Israel LLP
Email:  rstedman@sessions-law.biz
**Attorney for H.B. Rentals LC**

Ronald A. Simank
Schauer & Simank
Email:  rsimank@cctxlaw.com
**Attorney for Forbes Energy Service LLC and TASCO Tool Services**

John Harlan Ely
Ewing Jones PLLC
Email:  jelly@ewingjones.com
**Attorney for Mustang Gas Compression**

Gordon Blaine Morgan
724 Buffalo Street
Corpus Christi, TX 78401
**Attorney for S&D Vacuum Services LLP**

Carl Dore, Jr.
Dore & Assoc
Email:  carldore@doreassociates.com
**Attorney for Smith International Inc**

Richard R. Stedman, II
Sessions Fishman et al
Email:  rstedman@sessions-law.biz
**Attorney for Stabil Drill Specialties LLC**

Scott J. Duncan
Porter Rogers et al
Email:  sduncan@prdg.com
**Attorney for Top Notch Energy Services Inc**

Norman D. Jones
106 N. Main Ste 100
Victoria, TX 77901
**Attorney for Jones & Allen Inc**

James R. Harris
Harris & Greenwell
1700 Wells Fargo Tower
615 N. Upper Broadway St Ste 1700
Corpus Christi, TX 78477-0237
**Attorney for Paul Black**

McGuire Industries Inc
2416 West 42nd Street
Odessa, TX 79764-6309

Thomas S. Henderson
Burleson Cooke LLP
Email:  thenderson@tsh-atty.com
**Attorney for Interactive Exploration Solutions Inc.**