IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| BNP PETROLEUM CORPORATION | § | Case No. 09-20206 |
| | § | (Chapter 11) |
| Debtor. | § | |

**ORDER GRANTING MOTION OF SEASHORE INVESTMENT MANAGEMENT TRUST FOR STAY/ABSTENTION IN FAVOR OF PENDING ARBITRATION PROCEEDINGS**
(this relates to Docket No. ___)

Upon consideration of the Motion of Seashore Investment Management Trust for Stay/Abstention in Favor of Pending Arbitration Proceedings (the "Motion") filed by Seashore Investment Management Trust ("Seashore"); and it appearing that this Court has jurisdiction to consider this matter; and due and proper notice of the Motion having been given to all parties; and it appearing that, because of the nature of the relief requested, no other or further notice need be given; and sufficient cause appearing therefore, it is

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Court shall stay and abstain from any issues pending before arbitration, including but not limited to Seashore's rights and claims to and/or ownership interest in mineral interests of non-debtor BNP Oil & Gas Properties Ltd.

SIGNED this _____ day of August, 2009.

_____
RICHARD S. SCHMIDT
U.S. BANKRUPTCY JUDGE