UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | § | |
|---|---|---|
| IN RE: | § | CASE NO. 09-20206-C-11 |
| | § | |
| BNP PETROLEUM CORPORATION | § | CHAPTER 11 |
| | § | |
| DEBTOR IN POSSESSION | § | |

## NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE RICHARD S. SCHMIDT
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee, ("UST"), through the undersigned attorney, who pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints following eligible creditors of the above-named debtor to the committee of unsecured creditors in the above captioned case:

1. Patterson-UTI Drilling Company LLC c/o Seth Wexler; 450 Gears Road, Suite 500, Houston, TX 77067. (281)765-7152. Wexlers@patenergy.com.

2. Scomi Oiltools, Inc. c/o Stephen Vanget, Hill Rivkins & Hayden LLP; 712 Main St., Suite 1515; Houston, TX 77002. (713)457-2286. Svangel@hillrivkins.com.

3. Precision Energy Services, Inc. c/o Hugh Ray, P.O. Box 200698, Dallas, TX 75320-0698. (713)961-9045. Hray@wkpz.com.

4. Timco Services, Inc., c/o Gerald deLaunay; P.O. Box 53564; Lafayette, LA 70505; (337)237-8500. Delaunay@plddo.com.

5. Jones & Allen d/b/a/ Billy's Lease Service, c/o Stephen J. Jabbour, P.O. Box 1129; Victoria, TX 77902. (361) 578-0244. Jabbour@suddenlinkmail.com.

Respectfully submitted,

CHARLES F. McVAY
UNITED STATES TRUSTEE

By:  /s/ Christine A. March
Christine A. March
Texas Bar No. 12968020
515 Rusk, Suite 3516
Houston, TX 77002
Telephone: (713) 718-4650 Ext. 239
Facsimile: (713) 718-4670
Christine.a.march@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing <u>Notice of Appointment of Committee of Unsecured Creditors</u>, was served by ECF Transmission or by United States Mail, first class, postage paid, to those persons listed below at the addresses listed below on this the 18 of August, 2009.

                                                                                        <u>/s/ Christine A. March</u>
                                                                                        Christine A. March
                                                                                        Attorney for the United States Trustee

<u>DEBTOR:</u>

BNP Petroleum Corporation (via U.S. Mail)
500 N. Water Street, Suite 300
Corpus Christi, TX 78471

<u>DEBTOR'S COUNSEL:</u>

Marcy E. Kurtz (via ecf transmission)
Christopher Shannon Tillmanns
Bracewell & Giuliana LLP
711 Louisiana, Suite 2300
Houston, TX 77002

<u>CREDITOR COMMITTEE MEMBERS:</u> (via e-mail using the e-mail addresses noted below)

Patterson-UTI Drilling Company LLC
c/o Seth Wexler
450 Gears Road, Suite 500
Houston, TX
Wexlers@patenergy.com

Scomi Oiltools, Inc.
c/o Stephen Vanget
Hill Rivkins & Hayden LLP
712 Main St., Suite 1515
Houston, TX 77002
Svangel@hillrivkins.com

Precision Energy Services, Inc.
c/o Hugh Ray,
P.O. Box 200698,
Dallas, TX 75320-0698
Hray@wkpz.com

Timco Services, Inc.
c/o Gerald deLaunay
P.O. Box 53564
Lafayette, LA 70505
Delaunay@plddo.com

Jones & Allen d/b/a/ Billy's Lease Service
c/o Stephen J. Jabbour
P.O.Box 1129
Victoria, TX 77902
Jabbour@suddenlinkmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | § | |
|---|---|---|
| IN RE: | § | CASE NO. 09-20206-C-11 |
| | § | |
| BNP PETROLEUM CORPORATION | § | CHAPTER 11 |
| | § | |
| DEBTOR IN POSSESSION | § | |

NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE RICHARD S. SCHMIDT
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee, ("UST"), through the undersigned attorney, who pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints following eligible creditors of the above-named debtor to the committee of unsecured creditors in the above captioned case:

1. Patterson-UTI Drilling Company LLC c/o Seth Wexler; 450 Gears Road, Suite 500, Houston, TX 77067.  (281)765-7152.  Wexlers@patenergy.com.

2. Scomi Oiltools, Inc. c/o Stephen Vanget, Hill Rivkins & Hayden LLP; 712 Main St., Suite 1515; Houston, TX 77002.  (713)457-2286.  Svangel@hillrivkins.com.

3. Precision Energy Services, Inc.  c/o Hugh Ray, P.O. Box 200698, Dallas, TX 75320-0698.  (713)961-9045.  Hray@wkpz.com.

4. Timco Services, Inc., c/o Gerald deLaunay;  P.O. Box 53564;  Lafayette, LA 70505;  (337)237-8500.  Delaunay@plddo.com.

5. Jones & Allen d/b/a/ Billy's Lease Service, c/o Stephen J. Jabbour,  P.O. Box 1129; Victoria, TX 77902.  (361) 578-0244.  Jabbour@suddenlinkmail.com.

Respectfully submitted,

CHARLES F. McVAY
UNITED STATES TRUSTEE

By:   /s/ Christine A. March
Christine A. March
Texas Bar No. 12968020
515 Rusk, Suite 3516
Houston, TX 77002
Telephone:  (713) 718-4650 Ext. 239
Facsimile:  (713) 718-4670
Christine.a.march@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing <u>Notice of Appointment of Committee of Unsecured Creditors</u>, was served by ECF Transmission or by United States Mail, first class, postage paid, to those persons listed below at the addresses listed below on this the 18 of August, 2009.

             /s/ Christine A. March
             Christine A. March
             Attorney for the United States Trustee

<u>DEBTOR</u>:

BNP Petroleum Corporation (via U.S. Mail)
500 N. Water Street, Suite 300
Corpus Christi, TX 78471

<u>DEBTOR'S COUNSEL</u>:

Marcy E. Kurtz (via ecf transmission)
Christopher Shannon Tillmanns
Bracewell & Giuliana LLP
711 Louisiana, Suite 2300
Houston, TX 77002

<u>CREDITOR COMMITTEE MEMBERS:</u> (via e-mail using the e-mail addresses noted below)

Patterson-UTI Drilling Company LLC
c/o Seth Wexler
450 Gears Road, Suite 500
Houston, TX
Wexlers@patenergy.com

Scomi Oiltools, Inc.
c/o Stephen Vanget
Hill Rivkins & Hayden LLP
712 Main St., Suite 1515
Houston, TX 77002
Svangel@hillrivkins.com

Precision Energy Services, Inc.
c/o Hugh Ray,
P.O. Box 200698,
Dallas, TX 75320-0698
Hray@wkpz.com

Timco Services, Inc.
c/o Gerald deLaunay
P.O. Box 53564
Lafayette, LA 70505
Delaunay@plddo.com

Jones & Allen d/b/a/ Billy's Lease Service
c/o Stephen J. Jabbour
P.O.Box 1129
Victoria, TX 77902
Jabbour@suddenlinkmail.com