

ENTERED
08/24/2009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE: §
§   Case No. 09-20206
BNP PETROLEUM CORPORATION, §
§   Chapter 11
DEBTOR. §

## AGREED ORDER <u>RESETTING</u> HEARING ON AUGUST 25, 2009
(Relates to Dkt. Nos. 99, 140, 156, 184, and 185)

BNP Petroleum Corporation (the "Debtor") and Seashore Investments Management Trust have agreed to move all matters previously set for August 25, 2009 at 9:30 a.m. to <u>SETPEMBER 1 2009 at</u> 10:00 A.M. in the United States Bankruptcy Court for the Southern District of Texas, 1133 N. Shoreline Blvd., Corpus Christi, Texas 787401.

The matters to be heard are (a) the Final Hearing on Emergency Motion for Interim and Final Orders (I) Authorizing Debtors to Incur Post-petition Debt Pursuant to Bankruptcy Code Section 364(c), (II) Approving Use of Cash Collateral, (III) Granting Liens and Security Interests, and (IV) Scheduling Final Hearing [Docket No. 99], (b) Joint Motion of Seashore Investment Management Trust and Hector Canales, as Trustee for the Black Children's Independent Trust for Appointment of a Chapter 11 Trustee [Docket No. 140], (c) Expedited Motion of the Debtor for an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Certain Assets; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale; (C) Approving Notice Relating to the Sale; and (D) Granting Related Relief [Docket No. 156], (d) Motion of Seashore Investment Management Trust for Stay/Abstention in Favor of Pending Arbitration Proceedings [Docket No. 184], and (e) Motion of Seashore Investment Management Trust for Relief from the Automatic Stay to Add Debtor as a Party to Pending Arbitration [Docket No. 185].

-2-

IT IS THEREFORE ORDERED, that all matters previously set for 9:30 a.m. on August 25, 2009 are reset to 10:00 A.M. ON SEPTEMBER 1, 2009

DATED: August 24, 2009

*[signature: Richard Schmidt]*

_____
**HONORABLE RICHARD S. SCHMIDT**
**UNITED STATES BANKRUPTCY JUDGE**

SUBMITTED BY:*

BRACEWELL & GIULIANI LLP

*/s/ Marcy E. Kurtz*
Marcy E. Kurtz
Texas Bar No. 11768600
Marcy.Kurtz@bgllp.com
Chris S. Tillmanns
Texas Bar No. 24060730
Chris.Tillmanns@bgllp.com
711 Louisiana, Suite 2300
Houston, Texas 77002

**ATTORNEYS FOR THE DEBTOR**

\* See attached emails sent to all parties indicating an interest in attending the hearing and/or who have filed some pleading originally set to be heard on August 25, 2009. No negative responses were received. */s/ Marcy E. Kurtz.*

## Tillmanns, Chris

**From:** Tillmanns, Chris
**Sent:** Friday, August 21, 2009 9:38 AM
**To:** 'hray@wkpz.com'; Kurtz, Marcy; Henry Kaim; Mark Wege; eripley@kslaw.com; ASGerger@dnglegal.com; rsimank@ciris.net; Hal Morris; John Higgins; svangel@hillrivkins.com; ddarche@bakerlaw.com; christine.a.march@usdoj.gov; SJORDAN@JHWCLAW.COM; jharris@harris-greenwell.com; eallred@wgclawfirm.com
**Cc:** Kelsey, Alexandra
**Subject:** **HEARING TO BE HELD ON ORIGINAL DATE OF AUGUST 25 IN CORPUS AT 2PM

All:

The Court has now advised us that **Tuesday, August 25 at 2 p.m** in Corpus will be the hearing date. Originally the case manager thought this would not be a workable time, but the Judge has indicated that he does not mind staying late. Given that this is the original hearing date, I presume everyone's availability for August 25 has remained the same? Please advise whether we may submit an agreed order setting the hearing on August 25 at 2pm for the matters originally set for August 25 at 9:30 a.m. Thanks.

Chris

Chris Tillmanns | Associate | Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300 | Houston, Texas | 77002-2770
T: 713.221.1406 | F: 713.221.1212
Chris.Tillmanns@bgllp.com | www.bgllp.com/tillmanns | www.bgllp.com

CONFIDENTIALITY STATEMENT
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

IRS CIRCULAR 230 DISCLOSURE
As required by United States Treasury Regulations, you should be aware that this communication is not intended or written by the sender to be used, and it cannot be used, by any recipient for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws.

Bracewell & Giuliani LLP

---

**From:** Hugh Ray [mailto:hray@wkpz.com]
**Sent:** Thursday, August 20, 2009 10:17 PM
**To:** Kurtz, Marcy; Henry Kaim; Mark Wege; eripley@kslaw.com; ASGerger@dnglegal.com; Hugh Ray; rsimank@ciris.net; Hal Morris; John Higgins; svangel@hillrivkins.com; ddarche@bakerlaw.com; christine.a.march@usdoj.gov; SJORDAN@JHWCLAW.COM; jharris@harris-greenwell.com; eallred@wgclawfirm.com
**Cc:** Tillmanns, Chris; Kelsey, Alexandra
**Subject:** Re:

Reminding everyone that the 27th in Mcallen

Re:

## Tillmanns, Chris

**From:** Tillmanns, Chris
**Sent:** Friday, August 21, 2009 9:39 AM
**To:** 'rsimank@cctxlaw.com'
**Cc:** Kurtz, Marcy
**Subject:** FW: **HEARING TO BE HELD ON ORIGINAL DATE OF AUGUST 25 IN CORPUS AT 2PM

---

**From:** Tillmanns, Chris
**Sent:** Friday, August 21, 2009 9:38 AM
**To:** 'hray@wkpz.com'; Kurtz, Marcy; Henry Kaim; Mark Wege; eripley@kslaw.com; ASGerger@dnglegal.com; rsimank@ciris.net; Hal Morris; John Higgins; svangel@hillrivkins.com; ddarche@bakerlaw.com; christine.a.march@usdoj.gov; SJORDAN@JHWCLAW.COM; jharris@harris-greenwell.com; eallred@wgclawfirm.com
**Cc:** Kelsey, Alexandra
**Subject:** **HEARING TO BE HELD ON ORIGINAL DATE OF AUGUST 25 IN CORPUS AT 2PM

All:

The Court has now advised us that **Tuesday, August 25 at 2 p.m** in Corpus will be the hearing date. Originally the case manager thought this would not be a workable time, but the Judge has indicated that he does not mind staying late. Given that this is the original hearing date, I presume everyone's availability for August 25 has remained the same? Please advise whether we may submit an agreed order setting the hearing on August 25 at 2pm for the matters originally set for August 25 at 9:30 a.m. Thanks.

Chris

Chris Tillmanns | Associate | Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300 | Houston, Texas | 77002-2770
T: 713.221.1406 | F: 713.221.1212
Chris.Tillmanns@bgllp.com | www.bgllp.com/tillmanns | www.bgllp.com

CONFIDENTIALITY STATEMENT
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

IRS CIRCULAR 230 DISCLOSURE
As required by United States Treasury Regulations, you should be aware that this communication is not intended or written by the sender to be used, and it cannot be used, by any recipient for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws.

Bracewell & Giuliani LLP

---

**From:** Hugh Ray [mailto:hray@wkpz.com]
**Sent:** Thursday, August 20, 2009 10:17 PM
**To:** Kurtz, Marcy; Henry Kaim; Mark Wege; eripley@kslaw.com; ASGerger@dnglegal.com; Hugh Ray; rsimank@ciris.net; Hal Morris; John Higgins; svangel@hillrivkins.com; ddarche@bakerlaw.com;