IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BNP PETROLEUM CORPORATION | § | CASE NO. 09-20206 |
| | § | |
| DEBTOR. | § | CHAPTER 11 |
| | § | |

**NOTICE OF RESET HEARING AND NOTICE OF PROCEDURES
FOR TELEPHONIC APPEARANCES FOR SEPTEMBER 1, 2009**
(Relates to Docket Nos. 99, 140, 156, 184 and 185)

Please take notice that the hearing previously set for August 25, 2009 has been reset to **September 1, 2009 at 10:00 a.m.** before the Honorable Richard Schmidt. The hearing will take place at the United States Bankruptcy Court for the Southern District of Texas, 1133 N. Shoreline Blvd., Corpus Christi, Texas 78401.

Please take further notice that any person desiring to appear via telephone at the hearing scheduled for **September 1, 2009 at 10:00 a.m.** should proceed as follows:

1. Contact CourtCall at (866) 582-6878 the day before the hearing.

2. CourtCall will provide you with written confirmation of a telephonic appearance and give you a number to call to make the telephonic appearance.

3. It is your responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing. CourtCall does not call you.

4. The Court discourages the use of cell phones or speakerphones. Please put your telephone on mute when not speaking.

5. Each time you speak, you must identify yourself for the record.

6. Parties participating by telephone are individually responsible for their own expenses and will be billed directly by CourtCall. Initial charge for this court conference appearance is $30.00 and will be supplemented based upon the length of the call as follows: 0-45 minutes - $30.00; 46-60 minutes - $37.00; 61 minutes and above - an additional $7.00 per each additional 15 minute increment.

Dated: August 25, 2009

Respectfully submitted,

**BRACEWELL & GIULIANI LLP**

By: */s/ Marcy E. Kurtz*
Marcy E. Kurtz
marcy.kurtz@bgllp.com
Texas Bar No. 11768600
Federal ID No. 5381
Chris S. Tillmanns
Texas Bar No. 24060730
chris.tillmanns@bgllp.com
711 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 223-2300 Telephone
(713) 221-1212 Facsimile

**ATTORNEYS FOR DEBTORS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument has been served on the parties listed in the attached Service List via electronic means as listed on the court's ECF noticing system or by regular U. S. First Class Mail on this 25th day of August, 2009.

By: /s/ Chris S. Tillmanns
Chris S. Tillmanns

# BNP PETROLEUM CORPORATION
## SERVICE LIST AS OF AUGUST 25, 2009

**Debtor**
BNP Petroleum Corporation
500 N. Water Street, Suite 300
Corpus Christi, TX 78471

**Debtor's Attorney**
Marcy E. Kurtz
Chris S. Tillmanns
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, TX 77002
Email:  marcy.kurtz@bgllp.com
            Chris.tillmanns@bgllp.com

**United States Trustee**
Office of the US Trustee
606 N. Carancahua
Corpus Christi, TX 78476
Email: USTPRegion07.CC.ECF@USDOJ.GOV

Christine A. March
Office of the US Trustee
Email: christine.a.march@usdoj.gov

**Governmental Entities**
Insolvency Group
Internal Revenue Service
1919 Smith Street
STOP 5022 HOU
Houston, TX 77002

Internal Revenue Service
PO Box 21126
Philadelphia PA 19114-1294

U.S. Attorneys Office
Civil Division
Southern District of Texas
PO Box 61129
Houston, TX 77208

Hal Morris
Ashley Bartram
Texas Attorney General
PO Box 12548, Mail Code 008
Austin, TX 78711

Mineral Management Service
Gulf of Mexico Region
1201 Elmwood Park Blvd.
New Orleans, LA 70123-2394

Environmental Protection Agency
Fountain Place, 12th Floor
1445 Ross Avenue
Dallas, TX 75202-2733

**Committee of Unsecured Creditors**
Patterson-UTI Drilling Company
PO Box 260111
Dallas, TX 75326-0111

Douglas D. D'Arche
John W. Petrelli
Baker & Hostetler, LLP
Email: ddarche@bakerlaw.com
            jpetrelli@bakerlaw.com
**Attorney for Patterson-UTI Drilling Company, LLC**

Scomi Oiltools, Inc.
PO Box 973869
Dallas, TX 75397-3869

Steven P. Vangel
Sara M. Banks
Hill Rivkins & Hayden LLP
Email: sbanks@hillrivkins.com
**Attorneys for SCOMI Oiltools, Inc.**

Precision Energy Services Inc
PO Box 200698
Dallas, TX 75320-0698

Hugh M. Ray III
Edward L. Rothberg
Weycer Kaplan Pulaski & Zuber PC
Email:  hray@wkpz.com
            erothberg@wkpz.com
**Attorneys for Precision Energy Services Inc.**

Timco Services
P O Box 53564
La Fayette, LA 70505

Gerald C. deLaunay
Perrin, Landry, deLaunay, Dartez & Ouellet
Email: delaunay@plddo.com
**Attorney for Timco Services Inc.**

Jones & Allen
PO Box 389
Ganado, TX 77962

Stephen J. Jabbour
Jabbour Law Offices
Email: jabbour@suddenlinkmail.com
**Attorney for Billy's Lease Service, Inc.,**
**Dba Jones and Allen**

Christopher Adams
Okin Adams & Kilmer LLP
Email: cadams@oakllp.com
**Proposed Attorney for the Official Committee**
**Of Unsecured Creditors**

**Top 20 Creditors**
Margrave Holding Ltd.
31 Avenue Princess Grace
Monaco, MC 9800

Law Office of O.G. Alvarez & Associates, P.C.
One Riverwalk Place
700 N. St. Mary's Street, Suite 925
San Antonio, TX 78205
Email: ogalvarez@ogalvarezlaw.com
**Attorney for Walter Oblach**

Raptor Capital International LLC
113 Barksdale Professional Center
Newark, DE 19711

CC Forbes Company LP
PO Box 250
Alice, TX 78333

Roywell Services, Inc.
PO Box 1329
Bellaire, TX 77402-1329

Genesis Well Service
5100 Pool Road
Collyville, TX 76034

Texas Energy Services LPTI
PO Box 2108
Alice, TX 78333

Hazelett Drilling
915 Old McMahon Rd
Lockhart, TX 78644

Exterran Energy Solutions LP
PO Box 201160
Dallas, TX 75320-1160

ExxonMobil Corporation
PO Box 2024
Houston, TX 77252-2024

D & B Rental Service
1800 FM 237
Yorktown, TX 78164

Delano Specialty, Inc.
PO Box 270297
Corpus Christi, TX 78427-0297

Vantage Tubulars, Inc.
701 N. Post Oak Rd.
Suite 220
Houston, TX 77024

T Hunt Inc.
PO Box 806
Taft, TX 78390

INEXS
1980 Post Oak Blvd, Ste. 2050
Houston, TX 7705

Integrated Production Services Inc.
PO Box 746
Alice, TX 78333-0746

Black Warrior Wireline
5729 Leopard St., Bldg. 9
Corpus Christi, TX 78408

Oil Patch Petroleum, Inc.
1526 N. Padre Island Dr.
Corpus Christi, TX 78408

Strata Control Services Inc.
PO Box 272
Crowley, LA 70527-0272

**Parties Requesting Notice**
Errol John Dietze
Dietze & Reese
108 N. Esplanade
PO Box 841
Cuero, TX 77954
**Attorney for Pete Dlugosch
dba D&B Rental Service**

McGuire Industries, Inc.
2416 West 42nd Street
Odessa, TX 79764-6309

Gordon Blaine Morgan
Canales-Morgan Law Offices
724 Buffalo Street
Corpus Christi, TX  78401
**Attorney for S&D Vacuum Services**

Shelby A. Jordan
Jordan, Hyden, Womble & Culbreth PC
Bank of America
500 N. Shoreline, Suite 900
Corpus Christi, TX 78471
**Attorney for BNP Oil & Gas Properties, Ltd., et al.**

James R. Harris
Harris & Greenwell
1700 Wells Fargo Towner
615 N. Upper Broadway Street
Suite 1700
Corpus Christi, TX 78477-0237
**Attorney for Paul Black**

Mikal C. Watts
Watts Law Firm, LLP
Tower II Building, 14th Floor
555 N. Carancahua Street
Corpus Christi, TX 78477

W.W. McNeal
PO Box 1259
Lockhart, TX 78644
**Attorney for Hazelett Drilling
and Supply Corporation**

P & W Services Inc.
8366 FM 631
Taft, TX 78390

John H. Miller
111 North Odem, Bldg. No. 4
Sinton, TX 78387
**Attorney for P&W Services, Inc.**

Best Chemical Corp. of Texas
PO Box 4284
Victoria, TX 77903

Theodore G. Seel
PO Box 3568
Victoria, TX 77903-3568
**Attorney for Best Chemical Corporation**

Patricia Reed Constant
Email: prconstant@swbell.net
**Attorney for H. Tony Hauglum, Individually
and on behalf of His Minor Sons**

Scott T. Citek
Lamm & Smith, P.C.
Email: scitek@lammsmith.com
**Attorney for Roywell Services Inc.**

Eric M. English
King & Spalding LLP
Email: eenglish@kslaw.com
**Attorney for Valerus Compression
Services, LP**

NBC Oilfield Equipment Inc.
Attn: Norman G. Harnage
6115 Commerce Street
PO Box 697
Wallis, TX 77485
Email: norm@nbcoilfield.com

| | |
|---|---|
| John F. Higgins<br>James M. Vaughn<br>Amy K. Wolfshohl<br>Porter & Hedges LLP<br>Email: jhiggins@porterhedges.com<br>       mvaughn@porterhedges.com<br>       awolfshohl@porterhedges.com<br>**Attorneys for Blackgate Resources, L.L.C. and Raptor Capital International, L.L.C** | Jeffrey J. Cotner<br>John S. Black<br>Gibbs & Bruns LLP<br>Email: jcotner@gibbs-bruns.com<br>       jblack@gibbs-bruns.com<br>**Attorney for Seashore Investment Management Trust** |
| Carl Doré, Jr.<br>Doré & Associates, Attorneys, P.C.<br>Email: carldore@doreassociates.com<br>**Attorney for Smith International Inc.** | Ronald A. Simank<br>Schauer & Simank, P.C.<br>Email: rsimank@cctxlaw.com<br>**Attorney for Texas Energy Services LP And Forbes Energy Service LLC, Genesis Well Service, TASCO Tool Services and Texas Energy Services, LP** |
| Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>Email: austin.bankruptcy@publicans.com<br>**Attorney for Kenedy County, Kleburg County & Nueces County** | John Ely<br>Ewing & Jones PLLC<br>Email: jely@ewingjones.com<br>**Attorney for Mustang Gas Compression LLC** |
| Richard R. Stedman, II<br>Sessions, Fishman, Nathan &Israel, L.L.P.<br>Email: rstedman@sessions-law.biz<br>**Attorney for H.B. Rentals, LC; Warrior Energy Services Corporation; and Stabil Drill Specialties, LLC** | Scott J. Duncan<br>Porter, Rogers, Dahlman & Gordon, P.C.<br>Email: sduncan@prdg.com<br>**Attorney for Top Notch Energy Services, Inc.** |
| Kevin M. Maraist<br>Anderson Lehrman Barre & Maraist, LLP<br>Email: kmaraist@albmlaw.com<br>**Attorney for Exterran Energy Solutions, LP** | Alan S. Gerger<br>Christina L. Garcia<br>Dunn Neal & Gerger LLP<br>Email: bkpfilings@dnglegal.com<br>**Attorney for Vantage Tubulars LP** |
| Joel H. Thomas<br>Molly P. Thomas<br>Email: jhtlaw1@sbcglobal.net<br>**Attorneys for T Hunt Inc. D/B/A T & T Construction and J. M. Davidson, Inc.** | Thomas S. Henderson<br>Burleson Cooke LLP<br>**Email:** thenderson@tsh-atty.com<br>**Attorney for Interactive Exploration Solutions, Inc.** |
| Henry J. Kaim<br>Mark Wege<br>King & Spalding LLP<br>Email: HKaim@kslaw.com<br>**Attorney for Seashore Investment Management Trust** | |