IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **In re** | § | |
| | § | |
| **BNP PETROLEUM CORPORATION** | § | **Case No. 09-20206** |
| | § | **(Chapter 11)** |
| Debtor. | | |

### ORDER GRANTING EMERGENCY MOTION OF SEASHORE INVESTMENT MANAGEMENT TRUST TO ENFORCE DEBTOR'S AGREEMENT ANNOUNCED ON THE RECORD TO CONVERT CASE TO CHAPTER 7

(this relates to Docket No. ___)

Upon consideration of the Emergency Motion ("Motion") of Seashore Investment Management Trust to Enforce Debtor's Agreement Announced on the Record to Convert Case to Chapter 7; and it appearing that this Court has jurisdiction to consider this matter; and due and proper notice of the Motion having been given to all parties; and it appearing that, because of the nature of the relief requested, no other or further notice need be given; and sufficient cause appearing therefore, it is

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Debtor's case is hereby converted to one under Chapter 7 of the United States Bankruptcy Code.

SIGNED this _____ day of September, 2009.

_____
RICHARD S. SCHMIDT
U.S. BANKRUPTCY JUDGE