UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| BNP PETROLEUM CORPORATION | § | Case No. 09-20206 |
| | § | (Chapter 11) |
| DEBTOR | § | |

**NOTICE OF HEARING AND NOTICE OF PROCEDURES FOR TELEPHONIC
APPEARANCES FOR FRIDAY, SEPTEMBER 11, 2009
AT 11:00 A.M. CENTRAL TIME**

Please take notice that any person desiring to appear via telephone at the hearing scheduled for **Friday, September 11, 2009 at 11:00 a.m. Central Time** should proceed as follows:

1. Contact CourtCall at (866) 582-6878 the day before the hearing.

2. CourtCall will provide you with written confirmation of a telephonic appearance and give you a number to call to make the telephonic appearance.

3. It is your responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing. CourtCall does not call you.

4. The Court discourages the use of cell phones or speakerphones. Please put your telephone on mute when not speaking.

5. Each time you speak, you must identify yourself for the record.

6. Parties participating by telephone are individually responsible for their own expenses and will be billed directly by CourtCall. Initial charge for this court conference appearance is $30.00 and will be supplemented based upon the length of the call as follows: 0-45 minutes - $30.00; 46-60 minutes - $37.00; 61 minutes and above - an additional $7.00 per each additional 15 minute increment.

Dated September 9, 2009

                            **KING & SPALDING, LLP**

    By: /s/ Henry J. Kaim
        Henry J. Kaim
        Texas Bar No. 11075400
        HKaim@kslaw.com
        Mark W. Wege
        Texas Bar No. 21074225
        MWege@kslaw.com
        Edward L. Ripley
        Texas Bar No. 16935950
        ERipley@kslaw.com
        1100 Louisiana, Suite 4000
        Houston, Texas  77002
        Telephone:  (713) 751-3200
        Fax: (713) 751-3290

    **ATTORNEYS FOR SEASHORE INVESTMENT MANAGEMENT TRUST**

**CERTIFICATE OF SERVICE**

  I certify that a true and correct copy of the foregoing Notice of Hearing was served by electronic mail upon the parties registered with the Court's ECF Noticing facilities, as listed on the attached email service list, on this 9th day of September 2009.

             /s/ Henry J. Kaim
             Henry J. Kaim

**BNP PETROLEUM EMAIL SERVICE LIST**

marcy.kurtz@bgllp.com
chris.tillmanns@bgllp.com
sjordan@jhwclaw.com
USTPRegion07.CC.ECF@usdoj.gov
ogalvarez@ogalvarezlaw.com
ddarche@bakerlaw.com
jpetrelli@bakerlaw.com
sbanks@hillrivkins.com
erothberg@wkpz.com
hray@wkpz.com
scitek@lammsmith.com
rsimank@cctxlaw.com
kmaraist@albmlaw.com
jabbour@suddenlinkmail.com
bkpfilings@dnglegal.com
Delaunay@plddo.com
rstedman@sessions-law.biz
philsnow@snowfogel.com
jhtlaw1@sbcglobal.net
lkeeling@wkcfirm.com
Austin.bankruptcy@publicans.com
jely@ewingjones.com
carldore@doreassociates.com
sduncan@prdg.com
thenderson@tsh-atty.com
prconstant@swbell.net
jhiggins@porterhedges.com
mvaughn@porterhedges.com
awolfshohl@porterhedges.com
wexlers@patenergy.com
svangel@hillrivkins.com
hal.morris@oag.state.tx.us
Ashley.bartram@oag.state.tx.us
Gale.gattis@bgllp.com
cadams@oakllp.com
rmoxley@oakllp.com
wdb@davlin.net
tzabel@zflaw.com
lhipp@zflaw.com
davida@publicans.com
Houston_bankruptcy@publicans.com
barrowlaw@sbcglobal.net
jharris@harris-greenwell.com
mar@lawmar.net